Commonwealth *v.* Rought, Petitioner (No. 1).

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Walter J. Rought, Jr.,* appellant, in propria persona.

*M. Donald O'Malley,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, August 22, 1968:

The petition for allowance of appeal is granted. The order of the Superior Court is vacated, and the record is remanded to the Court of Quarter Sessions of Sus-

quehanna County for appointment of counsel on appeal to the Superior Court in accordance with the dissenting opinion of Judge SPAULDING in *Commonwealth v. Hoffman,* 212 Pa. Superior Ct. 206, 240 A. 2d 384 (1968) (HOFFMAN, J. and HANNUM, J., joined in this opinion). See also *Commonwealth v. Walters,* 431 Pa. 74, 79, n.4, 244 A. 2d 757, 761, n.4 (1968); Pa. R. Crim. P. 1503.